UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR L. FLORES,<br><br>   Petitioner,<br><br>   v.<br><br>NEIL MCDAWELL,<br><br>   Respondent. | No. 1:21-cv-00054-NONE-JLT (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING CLERK OF COURT TO ASSIGN DISTRICT JUDGE FOR PURPOSE OF CLOSING CASE AND THEN CLOSE CASE, AND DECLINING TO ISSUE CERTIFICATE OF APPEALABILITY<br><br>(Doc. No. 22) |

Petitioner is a state prisoner proceeding in propria persona with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 25, 2021, the assigned magistrate judge issued findings and recommendations recommending that the pending petition be denied on its merits. (Doc. No. 22.) The findings and recommendations were served upon all parties and contained notice that any objections were to be filed within thirty days from the date of service of that order. On July 26, 2021, petitioner filed objections to the findings and recommendations. (Doc. No. 23.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), the court has conducted a de novo review of the case. Having carefully reviewed the entire file, including petitioner's objections, the court concludes that the findings and recommendations are supported by the

1

1  record and proper analysis. Petitioner's objections present no grounds for questioning the
2  magistrate judge's analysis.

3  In addition, the court declines to issue a certificate of appealability. A state prisoner
4  seeking a writ of habeas corpus has no absolute entitlement to appeal a district court's denial of
5  his petition, and an appeal is only allowed in certain circumstances. *Miller-El v. Cockrell*, 537
6  U.S. 322, 335-336 (2003); *see also* 28 U.S.C. § 2253. If a court denies a petition, the court may
7  only issue a certificate of appealability when a petitioner makes a substantial showing of the
8  denial of a constitutional right. 28 U.S.C. § 2253(c)(2). To make a substantial showing, the
9  petitioner must establish that "reasonable jurists could debate whether (or, for that matter, agree
10 that) the petition should have been resolved in a different manner or that the issues presented
11 were 'adequate to deserve encouragement to proceed further.'" *Slack v. McDaniel*, 529 U.S. 473,
12 484 (2000) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 (1983)).

13 In the present case, the court finds that petitioner has not made the required substantial
14 showing of the denial of a constitutional right to justify the issuance of a certificate of
15 appealability. Reasonable jurists would not find the court's determination that petitioner is not
16 entitled to federal habeas corpus relief debatable, wrong, or deserving of encouragement to
17 proceed further. Thus, the court DECLINES to issue a certificate of appealability.

18 Accordingly, the court orders as follows:
19 1. The findings and recommendations, filed June 25, 2021 (Doc. No. 22), are
20    ADOPTED IN FULL;
21 2. The petition for writ of habeas corpus is DENIED WITH PREJUDICE;
22 3. The Clerk of the Court is DIRECTED to assign a district judge to this case for the
23    purpose of closing the case and then to close the case; and,
24 4. The court DECLINES to issue a certificate of appealability.

25 IT IS SO ORDERED.

26 Dated: **October 11, 2021**                   _Dale A. Drozd_
27                                               UNITED STATES DISTRICT JUDGE
28